UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA



RECEIVED
IN LAKE CHARLES, LA

FEB 0 6 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:18-CR-00366 |
| | * | |
| VERSUS | * | JUDGE |
| | * | MAGISTRATE JUDGE KAY |
| INTERORIENT MARINE | * | |
| SERVICES LIMITED | * | |

## UNDERSTANDING OF MAXIMUM PENALTY
## AND CONSTITUTIONAL RIGHTS

**INTERORIENT MARINE SERVICES LIMITED**, the above-named defendant, having been furnished a copy of the charge and having discussed same with its attorney, states that it understands the nature of the charge against it and the maximum possible penalties that may be imposed against it as set forth in the Plea Agreement.

**PENALTY:**

A maximum fine of $500,000.00 per count or twice the pecuniary gain or loss of the offense pursuant to 18 U.S.C. § 3571; a term of probation of not more than 5 years, pursuant to 18 U.S.C. § 3561; a $400 Special Assessment; and an obligation to pay any applicable interest or penalties on fines and restitution not paid at sentencing.

**INTERORIENT MARINE SERVICES LIMITED** further states that it understands:

1. Its right to be represented by counsel (a lawyer) of its choice;

2. Its right to plead guilty or not guilty;

3. Its right to have a jury trial with twelve jurors who must all agree as to its guilt in order to convict;

4. Its right to confront and cross-examine witnesses against it and its right to have compulsory process to require witnesses to testify.

**INTERORIENT MARINE SERVICES LIMITED** realizes that by pleading guilty, it stands convicted of the crime charged and waives its privilege against self-incrimination, its right to jury trial, its right to confront and cross-examine witnesses, and its right of compulsory process.

It further states that its guilty plea in this matter is free and voluntary and that it has been made without any threats or inducements whatsoever (except the Plea Agreement) from anyone associated with the State or United States Government or its attorney, and that the only reason it is pleading guilty is that it is in fact guilty as charged.

Thus done and signed this ___6th___ day of February, 2019, at Lake Charles, Louisiana.

Dated: 2/6/19

BRITON P. SPARKMAN, Esq.
Authorized Representative on Behalf of
INTERORIENT MARINE SERVICES LIMITED,
Defendant

Dated: 2/6/19

George M Chalos /by BPPS

GEORGE M. CHALOS, Esq.
Attorney for Defendant
55 Hamilton Avenue
Oyster Bay, NY, 11771
Telephone: (516) 714-4300

DAVID C. JOSEPH
United States Attorney

Dated: 2/6/19

DANIEL J. McCOY, La. Bar No. 29334
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

Dated: 2/6/19

STEPHEN DA PONTE, Fla. Bar No. 58454
Trial Attorney
Environmental Crimes Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D. Street, N.W.
Washington, DC 20530
Telephone: (202) 305-2729