

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:18-CR-00366 |
| | * | |
| VERSUS | * | JUDGE |
| | * | MAGISTRATE JUDGE KAY |
| INTERORIENT MARINE | * | |
| SERVICES LIMITED | * | |

### ELEMENTS OF OFFENSE AND VENUE

1.

### ELEMENTS OF OFFENSE

In order to convict a person of knowingly failing to maintain an accurate Oil Record Book and aiding and abetting the same (33 U.S.C. § 1908; 18 U.S.C. § 2), the government must prove each of the following elements beyond a reasonable doubt:

First:   The *Ridgebury Alexandra Z* was a tank vessel of 150 or more gross tons that was registered in a country other than the United States;

Second:   Interorient Marine Services Ltd., the defendant corporation, acting through its agents or employees, was a person in charge of machinery space operations and cargo operations for which entries are required to be fully and completely recorded in the Oil Record Book Part 1 and Part 2;

Third:   On or about the dates charged, when the *Ridgebury Alexandra Z* entered the navigable waters, internal waters, and ports of the United States, and while the vessel remained therein, the defendant failed to maintain an Oil

                    Record Book Part 1 and Part 2 in which the discharge or disposal otherwise of oily bilge water and the discharge of water from slop tanks, disposal of oil residue, and any failure of, and the reasons for, the oil discharge monitoring and control system were recorded as required by U.S. law.

Fourth:     The defendant corporation, acting through its agents and/or employees, acted knowingly.

2.

## VENUE
## 18 U.S.C. § 3237(a)

If the case were to proceed to trial, the government would also have the burden of proving proper venue - that is the government would have to prove by a preponderance of the evidence that the offense was begun, continued, or completed in one of the Parishes that make up the Western District of Louisiana.

Dated: 2/6/19

_____
BRITON P. SPARKMAN, Esq.
Authorized Representative on Behalf of
INTERORIENT MARINE SERVICES LIMITED,
Defendant

Dated: 2/6/19

_____
GEORGE M. CHALOS, Esq.
BRITON P. SPARKMAN, Esq.
CHALOS & Co, P.C.
55 Hamilton Ave
Oyster Bay, NY, 11771

DAVID C. JOSEPH
United States Attorney

Dated: 2/6/19

DANIEL J. McCOY, La. Bar No. 29334
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

Dated: 2/6/19

STEPHEN DA PONTE, Fla. Bar No. 58454
Trial Attorney
Environmental Crimes Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D. Street, N.W.
Washington, DC 20530
Telephone: (202) 305-272