UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 18-cr-00366** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **INTERORIENT MARINE SERVICES LIMITED** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [doc. #15], and in the transcript previously filed herein, [doc. #14] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [doc. #10], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **INTERORIENT MARINE SERVICES LIMITED** on February 6, 2019 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

**IT IS FURTHER ORDERED** that, pursuant to F.R.Cr.P. 11(c)(4), defendant **INTERORIENT MARINE SERVICES LIMITED** is sentenced according to the Plea Agreement entered into between the parties and filed into the record, which provides that Interorient Marine Services Limited be sentenced to a mandatory special assessment of $400, a fine of $2,000,000, and a 4-year period of probation. Doc. 13, pp. 6-9. The terms of the 4-year period of probation are specified at Attachment "A" of the Plea Agreement which terms of probation are incorporated into this judgment as if reproduced in its entirety herein. Doc. 13, att. 5, pp.1-30. Defendant is to pay $500,000 of the fine and the $400 mandatory special assessment

within 30 days of the signing of this judgment. The remaining $1,500,000 is to be paid in six equal installments of $250,000 every six months beginning in March 2020, with the final payment to be made no later than September 2022. Interorient Marine Services Limited may, in its discretion, pay the fine earlier. The payments will be by wire transfer or by cashier's check, law firm check, or money order payable to the Clerk of the United Stated District Court. The government shall retain the surety bond that was posted with the U.S. Coast Guard at the start of the investigation until full payment of the criminal penalty has been made.

      **THUS DONE AND SIGNED** in Shreveport, Louisiana this 13th day of February, 2019.

_/s/ Donald E. Walter_
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**